No. 888. ARNOLD v. BEN KANOWSKY, INC. Motion of respondent to dispense with printing of record and briefs granted. *G. H. Kelsoe, Jr.* for respondent.

No. 688, Misc. HUNT v. TINSLEY, WARDEN; and

No. 885, Misc. BROADUS v. CLEMMER, DIRECTOR OF THE DEPARTMENT OF CORRECTIONS, DISTRICT OF COLUMBIA, ET AL. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari is denied. Petitioners *pro se. Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *John W. Patterson,* Assistant Attorney General, for respondent in No. 688, Misc.

No. 875, Misc. LANDES v. ANDERSON, SECRETARY OF THE TREASURY. Motion for leave to file petition for writ of mandamus denied. Petitioner *pro se. Solicitor General Rankin* for respondent.

No. 895, Misc. GERSHENSON v. HALL, U. S. DISTRICT JUDGE. Motion of Charles Resnik for leave to intervene as co-petitioner, and for other relief, denied. Motion for leave to file petition for writ of mandamus denied. Petitioner *pro se. Walter Ernest Hurst* for Resnik.